STATE OF CONNECTICUT *v.* BILLY WALLER, JR.

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 575, is granted, limited to the following issues:

"1. Whether pursuant to article first, § 7, of the Connecticut constitution, Officer Vivo's warrantless search of the defendant's car was unreasonable since the defendant did not have access to a weapon or the ability to destroy evidence of a crime?

"2. Whether the warrantless search of the defendant's car could be justified under any exception to the warrant requirement found in article first, § 7, of the Connecticut constitution, especially since the defendant was restrained from reaching his vehicle, and Officer Vivo lacked any reason to justify the search?"

*Steven D. Brown,* in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided October 3, 1991

C.N.A. INSURANCE COMPANY *v.*
FRANK COLMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 651, is granted, limited to the following issue:

"Is an employee who is injured in the course of his employment and who has received workers' compensation benefits barred from receiving uninsured or underinsured motorist benefits from his employer pursuant to Connecticut General Statutes § 31-284 (a)?

*Jan C. Trendowski,* in support of the petition.

*Laurence V. Parnoff,* in opposition.

Decided October 3, 1991